**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SAGUARO CHEVROLET, INC.,** <br> **an Arizona Corporation,** | ) <br> ) <br> ) | |
| **Plaintiff,** | ) | **No. 06-714** |
| | ) | |
| **vs.** | ) | **Judge Emily C. Hewitt** |
| | ) | |
| **THE UNITED STATES,** | ) <br> ) | |
| **Defendant.** | ) <br> ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Samantha Klein as attorney for the defendant.

Service of all papers by U.S. Mail should be addressed as follows:

Samantha Klein
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

All hand deliveries and Express deliveries (Federal Express, etc.) should be addressed to:

Samantha Klein
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street NW, Room 3206
Washington, D.C. 20004

Dated: December 7, 2006

Respectfully submitted,

SUELLEN WOOLRIDGE

Assistant Attorney General

/s *Samantha Klein*
SAMANTHA KLEIN
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Address for USPS delivery:
P.O. Box 663
Washington, D.C. 20044-0663
Street Address (for Fedex or messenger delivery):
601 D St. NW, Rm. 3206
Washington DC 20004
samantha.klein@usdoj.gov
(202) 305-0474 (PHONE)
(202) 305-0506 (FAX)