# In the United States Court of Federal Claims

No. 06-714

(E-Filed: December 8, 2006)

SAGUARO CHEVROLET, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is defendant's Notice of Appearance, filed on December 7, 2006. The Clerk of Court routinely reviews electronic filings to ensure that the filings comply with the Rules of the United States Court of Federal Claims. The Clerk of Court notified chambers that defendant's Notice of Appearance was not signed correctly. Defendant's counsel electronically signed "/s Samantha Klein." In accordance with General Order 42A, dated November 4, 2004, the signature should be "s/ Samantha Klein." Notwithstanding this deficiency, the court accepts defendant's Notice of Appearance. All future filings shall comply with General Order 42A.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge