**IN THE UNITED COURT OF FEDERAL CLAIMS**

SAGUARO CHEVROLET, INC., an Arizona Corporation,

Plaintiff,

vs.

THE UNITED STATES,

Defendant.

No. 06-714 L

Judge Emily C. Hewitt

**MOTION TO EXTEND DEADLINES**

COME NOW the parties, through counsel undersigned, and request approval from this Court for an extension of time in which Plaintiff may file its Response to Defendant's Motion to Dismiss, as well as an extension of time in which Defendant may file its Reply thereto.

Counsel have conferred and agree that Plaintiff shall have up to and including February 23, 2007 to respond to Defendant's Motion to Dismiss, and that Defendant shall have up to and including March 15, 2007 in which to file its reply.

DATED this 14th day of February, 2007.

. . . .

. . .

WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC

By: *s/Catherine Conner*
Jack Daniel Klausner
Catherine Conner
3550 North Central Avenue #1500
Phoenix, Arizona 85012
Phone: (602) 264-7101
Fax: (602) 234-0419
cconner@warnerangle.com
Attorneys for Plaintiff

MATTHEW MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

s/*Samantha Klein*
By s/Jack Daniel Klausner
SAMANTHA KLEIN
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Address for USPS delivery:
P.O. Box 663
Washington, D.C. 20044-0663
Street Address (for Fedex or messenger delivery):
601 D St. NW, Rm. 3206
Washington DC 20004
samantha.klein@usdoj.gov
(202) 305-0474 (PHONE)
(202) 305-0506 (FAX)