# In the United States Court of Federal Claims

No. 06-714

(E-Filed: February 21, 2007)

| | |
|---|---|
| SAGUARO CHEVROLET, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Motion to Extend Deadlines (Motion), filed on February 15, 2007. The court GRANTS the unopposed Motion. Plaintiff shall have up to and including February 23, 2007, to respond to Defendant's Motion to Dismiss, filed on January 16, 2007, and defendant shall have up to and including March 15, 2007, in which to file its reply.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge