**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SAGUARO CHEVROLET, INC.,** | ) | |
| **an Arizona corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 06-714** |
| | ) | |
| **vs.** | ) | **Judge Emily C. Hewitt** |
| | ) | |
| **THE UNITED STATES** | ) | |
| | ) | |
| **Defendant.** | ) | |
| ______________________________ | ) | |

**PLAINTIFF'S SUPPLEMENT TO ITS RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF**

WARNER ANGLE HALLAM
JACKSON & FORMANEK PLC
#00451100
Jack D. Klausner, AZ Bar #004139
Catherine Conner, AZ Bar #007368
3550 North Central Avenue, Suite 1500
Phoenix, Arizona 85012-2188
Attorneys for Plaintiff
jklausner@warnerangle.com
cconner@warnerangle.com
(602) 264-7101 (PHONE)
(602) 234-0419 (FAX)

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SAGUARO CHEVROLET, INC., an Arizona corporation,** | ) | |
| **Plaintiff,** | ) | **No. 06-714** |
| **vs.** | ) | **Judge Emily C. Hewitt** |
| **THE UNITED STATES** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S SUPPLEMENT TO ITS RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF**

Plaintiff, SAGUARO CHEVROLET, INC., ("Saguaro"), hereby files a supplement to its response to the Motion to Dismiss ("Motion") filed by Defendant, THE UNITED STATES, ("United States"). In its Response at 9, Saguaro referenced the regulation mandating that Saguaro owed all duties under the Lease to the United States. [25 C.F.R. §131.5] noting that it was terminated in 2001. [66 FR 7068, 7111, Jan. 22, 2001]. Saguaro is aware that 25 C.F.R. 162.604(g)(1), which contained this same duty language, was later added back to the regulatory framework as part of the revision of Part 162, effective March 23, 2001. Thus, Saguaro could have argued at 9 that terminating the regulatory framework of 25 C.F.R. 131.5 in January 2001 <u>and then renewing that same framework after a two month gap</u> could not retroactively destroy the privity created under the terms of this Lease

or excuse the contractual duties assumed by the United States as a result of the benefits/consideration flowing directly from Saguaro to the United States under this Lease.

Dated: February 27, 2007

Respectfully submitted,

WARNER ANGLE HALLAM
JACKSON & FORMANEK
#0045100

By: *___/s/ Catherine Conner___________*

Jack D. Klausner - 004139
Catherine Conner - 007368
3550 N. Central Avenue, #1500
Phoenix, Arizona 85012
Attorneys for Plaintiffs
jklausner@warnerangle.com
cconner@warnerangle.com
(602) 264-7101 (PHONE)
(602) 234-0419 (FAX)

171794.1