# In the United States Court of Federal Claims

No. 06-714

(E-Filed: March 1, 2007)

| | |
|---|---|
| SAGUARO CHEVROLET, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Supplement to its Response to Defendant's Motion to Dismiss Plaintiff's Complaint and Memorandum in Support Thereof (Document), filed on February 27, 2007. There is no provision in the Rules of the United States Court of Federal Claims (RCFC) for the filing of the Document absent a motion for leave to file. RCFC passim.

For the purpose of judicial economy, the court deems the Document to be a motion for leave to file the arguments contained in the Document and GRANTS the deemed motion. The Document shall be regarded as part of Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Complaint and Memorandum in Support Thereof, filed on February 23, 2007.

Defendant's reply to plaintiff's response shall be due on or before March 15, 2007. The docket notation at entry No. 9 shall be corrected so to provide.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge