# In the United States Court of Federal Claims

No. 06-714

(E-Filed: March 19, 2007)

SAGUARO CHEVROLET, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion to Dismiss Plaintiff's Complaint and Memorandum in Support Thereof (Motion or Mot.) and the parties' responsive pleadings. The court held a telephonic status conference (TSC) with the parties on March 19, 2007. Further to the TSC, defendant informed the court that it abandons the statements, made in its Motion, that "[f]or the purpose of this motion only, the facts contained in the Complaint are not in dispute," and that "[d]efendant's motion accepts the allegations in the Complaint as true." Mot. 4. In accordance with this change, defendant shall file a surreply on or before Friday, April 6, 2007. Plaintiff shall file its sur-surreply on or before Friday, April 27, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge