# In the United States Court of Federal Claims

No. 06-714

(E-Filed: May 2, 2007)

SAGUARO CHEVROLET, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiff's Sur-Surreply Regarding Defendant's Motion to Dismiss Plaintiff's Complaint and Supporting Memorandum (Sur-Surreply). Plaintiff's Sur-Surreply was not signed correctly pursuant to Rules 11 and 83.1(c)(2) of the Rules of the United States Court of Federal Claims because plaintiff's attorney of record did not sign the Sur-Surreply. Plaintiff's attorney of record shall sign and refile the Sur-Surreply promptly, and in any case on or before Tuesday, May 8, 2007, or the Sur-Surreply will be deemed stricken from the record and will be disregarded by the court in its consideration of the case.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge