**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SAGUARO CHEVROLET, INC.,** | ) | |
| **an Arizona corporation,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 06-714** |
| | ) | |
| **vs.** | ) | **Judge Emily C. Hewitt** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF COMPLIANCE**

COMES NOW Plaintiff, through counsel undersigned, and notifies the Court of its compliance with the Order issued May 2, 2007. Please be advised that Plaintiff's Sur-Surreply was re-dated, signed by the attorney of record and e-filed on May 3, 2007.

Dated May 7, 2007

Respectfully submitted,

WARNER ANGLE HALLAM
JACKSON & FORMANEK

By: *s/Jack D. Klausner* by *s/CatherineConner*

Jack D. Klausner - 004139
Catherine Conner - 007368
3550 N. Central Avenue #1500
Phoenix, Arizona 85012
Attorneys for Plaintiff
jklausner@warnerangle.com
cconner@warnerangle.com
(602) 264-7101 (PHONE)
(602) 234-0419 (FAX)

175483.1