# In the United States Court of Federal Claims

No. 06-714

(E-Filed: May 7, 2007)

SAGUARO CHEVROLET, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is defendant's Surreply Memorandum in Further Support of Defendant's Motion to Dismiss Plaintiff's Complaint (Surreply) and plaintiff's Sur-Surreply Regarding Defendant's Motion to Dismiss Plaintiff's Complaint and Supporting Memorandum (Sur-Surreply). In its Surreply, defendant requests oral argument on its motion to dismiss. The court GRANTS defendant's request. Oral argument shall be held by the court telephonically from its chambers on Wednesday, May 23, 2007, 2:00 PM EDT. The court's contract operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge