# In the United States Court of Federal Claims

No. 06-714

(E-Filed: May 10, 2007)

| | |
|---|---|
| SAGUARO CHEVROLET, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

At the oral argument to be held telephonically on Wednesday, May 23, 2007, at 2:00 p.m. EDT, it is anticipated that defendant, followed by plaintiff, will make opening statements of approximately thirty (30) minutes each, followed by response statements of approximately fifteen (15) minutes each, followed by reply statements of approximately five to ten (5-10) minutes each.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge