# In the United States Court of Federal Claims

**No. 06-714 L**

**SAGUARO CHEVROLET, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed July 25, 2007, granting defendant's motion to dismiss for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**July 26, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.